**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| AMY WILLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No. C-06-262 |
| | § | |
| SOUTHERNCROSS AMBULANCE, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

On this day the Court held a hearing in the above-styled action. The Court hereby EXTENDS the discovery deadline until Friday April 13, 2007, for the sole purpose of allowing the Defendant to take the deposition of Mr. Frank Rodriguez. All deadlines relating to dispositive motions remain in effect.

SIGNED and ENTERED this 29th day of March, 2007.

_____
Janis Graham Jack
United States District Judge